UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DEJUAN JAVIER, | ) | Case No. CV 14-546-AJW |
| | ) | |
|     Petitioner, | ) | |
| | ) | |
|   v. | ) | |
| | ) | JUDGMENT |
| JEFFREY BEARD, | ) | |
| | ) | |
|     Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: October 29, 2014

_____
Andrew J. Wistrich
United States Magistrate Judge